**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | October 03, 2020 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| N-336, Request for a Hearing on a Decision in Naturalization | | A088552228 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| IOE0909771206 | September 25, 2020 | 1 of 1 |
| | | **DATE OF BIRTH** |
| | | April 04, 1973 |

MAZIN M. BADAWI
C/O HASSAN AHMAD THE HMA LAW FIRM PLLC
7926 JONES BRANCH DR STE 600
MCLEAN, VA  22102

**PAYMENT INFORMATION:**

Application/Petition Fee:  $700.00
Total Amount Received:   $700.00
Total Balance Due:       $0.00

NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648005
Lee's Summit, MO  64002

**USCIS Contact Center Number:**
(800)375-5283
ATTORNEY COPY



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C 04/01/19

If you are visiting a field office and need directions, including public transportation directions, please see **www.uscis.gov/fieldoffices** for more information.

## Notice for People with Disabilities

To request a disability accommodation:

- Go to uscis.gov/accommodations to make your request online, or
- Call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833) for help in English or Spanish. Asylum and NACARA 203 applicants must call to make their request.

If you need a sign language interpreter, make your request as soon as you receive your appointment notice. The more advance notice we have of your accommodation request, the better prepared we can be and less likely we will need to reschedule your appointment. For more information about accommodations, visit uscis.gov/accommodationsinfo.

**USCIS**
**National Benefits Center**
**P.O. Box 648005**
**Lee's Summit, MO 64002**



U.S. POSTAGE >> PITNEY BOWES
ZIP 85034  $ 000.50
02 4W
0000361362 OCT. 05. 2020



```
             207 NFE 1300120C0010/19/20
NOTIFY SENDER OF NEW ADDRESS
:THE HMA LAW FIRM PLLC
 8133 LEESBURG PIKE STE 801
 VIENNA VA 22182-2733

 BC: 22182273301      *1394-02450-05-43
```

22182>2733

