Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action



# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE0909771206 | 085315070596 | N336 - REQUEST FOR HEARING ON A DECISION IN NATURALIZATION PROCEEDINGS |

| Received Date | Priority Date | Applicant |
|---|---|---|
| 09/25/2020 | | A088 552 228<br>MAZIN MOHAMMAD BADAWI |

| Notice Date | Page |
|---|---|
| 05/03/2021 | 1 of 1 |

MAZIN MOHAMMAD BADAWI
c/o HASSAN AHMAD
THE HMA LAW FIRM PLLC
7926 JONES BRANCH DR STE 600
MCLEAN VA 22102

Please come to:

2675 PROSPERITY AVENUE
2ND FLOOR
FAIRFAX, VA 20598

On (Date): Thursday, June 03, 2021
At (Time): 12:30PM

You are scheduled for a hearing regarding your application identified above before an officer of this Service at the date, time, and place listed above. Failure to appear for the scheduled hearing without prior notification and without good cause may result in the denial of your application (8 CFR 103.2).

> To ensure visitor and employee health and safety, please pay special attention to the sections entitled, "COVID-19 Safety Precautions" and "Who should come with you?"

**YOU MUST APPEAR FOR THIS HEARING** - However, if you are ill, have any symptoms of illness, have traveled outside the United States within the past two weeks or had contact with a person who tested positive for COVID-19 within the past two weeks, or are at heightened risk due to age or an underlying health condition, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment. There is no penalty for requesting that your appointment be rescheduled.

*COVID-19 Safety Precautions* - To ensure the health and safety of all who enter USCIS offices, you must take the following safety precautions when arriving for your hearing:
- DO NOT arrive more than 15 minutes prior to your hearing time. You will not be permitted entry into the office until 15 minutes before your hearing.
- You and anyone permitted to come with you to your hearing (as explained in the section, "Who should come with you?" below) must wear a face covering that covers the mouth and nose.
- Bring a black or blue ink pen with you to your hearing.

*Who should come with you?* Only the following people may come with you to your hearing:
- **If you do not speak English fluently, you should arrange to have an interpreter available by phone. Do not bring an interpreter to the hearing.** If you need a Sign Language Interpreter or Certified Deaf Interpreter, call the USCIS Contact Center at 1-800-375-5283 as soon as possible.
- Your attorney or authorized representative may come with you to the hearing, or be available via phone.
- If you have a disability and have an individual who assists you, that individual may come with you.

What to bring with you to the hearing:
- This notice;
- Original of each document for which you have already submitted a photocopy with your application;
- Any other papers which have a bearing on this case. If return of original is desired, bring original and a photocopy. Foreign language documents must be presented along with certified English translations;
- Alien Registration card.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

To request a disability accommodation, go to www.uscis.gov/accommodations or call the USCIS Contact Center at **1-800-375-5283** (TTY: **1-800-767-1833**) as soon as possible, **even if you indicated on your application that you require an accommodation.**

If you filed your Form N-400, Application for Naturalization, on or after Dec. 1, 2020, and are required to take the 2020 version of the civics test, you may now have the option to take the 2008 version of the civics test. To learn if this option is available to you, visit the USCIS Citizenship Resource Center at uscis.gov/citizenship/2020test.

ACTION COMPLETED
APPROVED FOR FILING
N333   nBC   5-14-21

Please see the additional information on the back. You will be notified separately about any other cases you filed.

WASHINGTON DC FIELD OFFICE
U. S. CITIZENSHIP & IMMIGRATION SVC
2675 PROSPERITY AVENUE
2ND FLOOR
FAIRFAX VA 20598
USCIS Contact Center: www.uscis.gov/contactcenter

A Number | Receipt Number

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 04/01/19

If you are visiting a field office and need directions, including public transportation directions, please see **www.uscis.gov/fieldoffices** for more information.

## Notice for People with Disabilities

To request a disability accommodation:

- Go to uscis.gov/accommodations to make your request online, or
- Call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833) for help in English or Spanish. Asylum and NACARA 203 applicants must call to make their request.

If you need a sign language interpreter, make your request as soon as you receive your appointment notice. The more advance notice we have of your accommodation request, the better prepared we can be and less likely we will need to reschedule your appointment. For more information about accommodations, visit uscis.gov/accommodationsinfo.

Department of Homeland Security
National Benefits Center
Post Office Box 648003
Lee's Summit, MO 64002



U.S. Citizenship
and Immigration
Services

Received

MAY 12 2021

National Benefits Center #1

```
            372 NFE  1      12OI0005/05/21
FORWARD TIME EXP    RTN TO SEND
: THE HMA LAW FIRM PLLC
  8133 LEESBURG PIKE STE 801
  VIENNA VA 22182-2733

            RETURN TO SENDER
```

OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300
U.S. POSTAGE
$00.51⁰
MAY 05 2021
ZIP 40701
02  1T
9000012

Department of Homeland Security
National Benefits Center
Post Office Box 648005
Lee's Summit, Missouri 64002



U.S. Citizenship
and Immigration
Services



FIRST CLASS

US OFFICIAL MAIL — PENALTY FOR PRIVATE USE $300
PITNEY BOWES
ZIP 64063 $ 000.51⁰
02 4W
0001131699 MAY 17 2021

MAZIN BADAWI
8133 LEESBURG PIKE STE 801
VIENNA VA 22182-2733

221822733 C063

