**THE HMA LAW FIRM**
PROTECT · PERSEVERE · PROSPER



Hassan M. Ahmad
8133 Leesburg Pike. Suite 801
Vienna VA 22182

T: 703.964.0245
F: 703.997.8556
hma@hmalegal.com
www.hmalegal.com

**Of Counsel**
Sharifa Abbasi (MD, VA)
Alexa August (MD)
Omar Baloch (NC)
Humza Kazmi (MD, DC)
Romana Muzzammel (MD)

March 17, 2022
Vienna, VA

**VIA PRIORITY MAIL**

**U.S. Citizenship and Immigration Services**
**Washington Field Office**
**2675 Prosperity Avenue**
**Fairfax, VA 20598**

**RE:** **Form N-400, Application for Naturalization**
**Form N-336, Request for a Hearing on a Decision in Naturalization**
**Applicant: Mazin Mohammad BADAWI**
**Alien No.: 0 8 8-5 5 2-2 2 8**
**Notice Receipt No. IOE0909771206**

Respected Officer,

Our firm has been retained by Mr. Mazin Mohammad Badawi, a lawful Permanent Resident, in filing for N-400 NOID Response.

Our client filed for an application for Naturalization on May 17, 2017. Such application was denied on September 1, 2020 and immediately a N-336 was filed which was then received by your Office on September 25, 2020 as per the USCIS receipt notice with Receipt No. **IOE0909771206**. Consequently, a hearing on such proceeding was held on June 3, 2021.

Up to this date, or seventeen (17) months after the N-336 was filed and received by your office, and despite of the hearing already conducted, you have not issued any notice nor decision regarding the aforementioned case. We are taking into consideration of filing a Writ of Mandamus but as a courtesy, we would like to seek first for an update from you.

In view thereof, please provide us with notice of the current status of our client's application for Naturalization. Otherwise, we may proceed with filing the said writ.

For your reference, attached below are the copy of the following:

1. N-336 Receipt Notice
2. N-336 Interview Notice
3. Sworn Statement of Mazin Badawi during N-336 hearing, duly signed by him and the USCIS Officer.

Sincerely,

_____
Hassan Ahmad
The HMA Law Firm, PLLC
8133 Leesburg Pike, Suite 801
Vienna, VA 22182
T: (703) 964-0245
F: (703) 997-8556
hma@hmalegal.com
Attorney for Applicant