IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAZIN BADAWI, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 1:22-cv-706 (LMB/WEF) |
| | ) |
| UR M. JADDOU, Director, United States Citizenship & Immigration Services, *et al.* | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendants, Ur M. Jaddou, Director, United States Citizenship & Immigration Services ("USCIS"), *et al.*, by and through undersigned counsel, hereby respectfully move – with Plaintiff's consent – this Court for an enlargement of time in which to respond to Plaintiff's Complaint. The grounds for this motion are set forth in further detail below.

1. Plaintiff brings the instant civil action seeking to compel USCIS to adjudicate Plaintiff's application for naturalization. (Dkt. No. 1).

2. Plaintiff served the Complaint in this action via certified mail dated June 24, 2022; as such, pursuant to Federal Rule of Civil Procedure 12(a)(2), Defendants' answer and/or responsive pleading is due on August 23, 2022.

3. USCIS has been working to adjudicate Plaintiff's application. In order to allow adequate time for USCIS to complete the adjudication, Defendants seek a 30-day extension, until September 23, 2022, to respond to Plaintiff's complaint.

4. Plaintiff consents to the relief requested herein.

5. A proposed Order is provided for the convenience of the Court.

Dated: August 23, 2022                                Respectfully submitted,

                                                     JESSICA D. ABER
                                                     UNITED STATES ATTORNEY

                                            _____/s/_____
                                  *By*:    ELIZABETH A. SPAVINS
                                           Assistant United States Attorney
                                           Office of the United States Attorney
                                           Justin W. Williams U.S. Attorney's Building
                                           2100 Jamieson Avenue
                                           Alexandria, Virginia 22314
                                           Tel:    (703) 299-3785
                                           Fax:    (703) 299-3983
                                           Email: lizzie.spavins@usdoj.gov
                                           *Counsel for Defendants*