IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAZIN BADAWI, )<br>)<br>  *Plaintiff* )<br>           v. )<br>)                            Case No.  1:22-cv-706 (LMB/WEF)<br>UR JADDOU, *et al* )<br>)<br>  *Defendants* ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

COMES NOW Plaintiff, by and through undersigned Counsel, and pursuant to F.R.C.P. 41(a)(1)(A)(i), notifies this Court that the instant action is voluntarily DISMISSED WITHOUT PREJUDICE, and as background states the following:

1. This action for declaratory review over a Federal agency action was filed June 24, 2022. Plaintiff alleged unlawful delay by Defendants in adjudicating Plaintiff's application for naturalization.

2. On September 15, 2022, Defendant USCIS denied Plaintiff's petition, rendering this action moot.

3. Defendants have filed neither an answer nor motion for summary judgment.

This 22nd day of September, 2022.

Respectfully Submitted,

THE HMA LAW FIRM, PLLC

/s/ Hassan Ahmad

_____
BY:    Hassan Ahmad, Esq. (VSB 83428)
THE HMA LAW FIRM, PLLC
8133 Leesburg Pike, Suite 801
Vienna, VA 22182
Tel: (703) 964-0245
Fax: (703) 997-8556
hma@hmalegal.com
Attorney for Plaintiff